# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JENNIFER MIRANDA, on behalf of**          **CIVIL ACTION**
**real party in interest M.M. and**
**real party in interest S.M.**          **NO. 21-535-JWD-RLB**

**VERSUS**

**DAVID ALEXANDER, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 24, 2022, (Doc. 30), to which an objection (Doc. 34) was filed and considered;

**IT IS ORDERED** that Plaintiff's Motion to Change Status from Pro Se to Sui Juris and Affidavit (Doc. 21) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, Motion to Strike, and Motion for Attorney's Fees (Doc. 19) is **GRANTED IN PART** and **DENIED IN PART,** and that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE,** and Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 18, 2022</u>.

                                           **JUDGE JOHN W. deGRAVELLES**
                                           **UNITED STATES DISTRICT COURT**
                                           **MIDDLE DISTRICT OF LOUISIANA**